Jason Flanders (Bar No. 238007)
Anthony M. Barnes (Bar No. 199048)
AQUA TERRA AERIS LAW GROUP
409 45th St.
Oakland, CA 94609
Phone: 916-202-3018
Emails:
jrf@atalawgroup.com
amb@atalaegroup.com

Attorneys for Plaintiff
BARBARA A. PECK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BARBARA PECK, | Civil Case No.: **2:15-cv-00593-MCE-CMK** |
| Plaintiff, | **NOTICE AND ORDER OF DISMISSAL** |
| v. | **(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq.*)** |
| CITY OF ANDERSON; and DOES 1-25 | Honorable Morrison C. England, Jr. |
| Defendant. | |

**NOTICE OF DISMISSAL**

**TO THE COURT:** PLEASE TAKE NOTICE that Plaintiff BARBARA A. PECK, pursuant to

the Settlement Agreement and Mutual Release of Claims entered into by the parties, hereby voluntarily

dismisses the above-captioned action against Defendant CITY OF ANDERSON, with prejudice.

///
///
///
///
///
///
///

Respectfully submitted,

Dated: February 5, 2016

`

AQUA TERRA AERIS LAW GROUP

_____
Jason R. Flanders
Attorney for Plaintiff
Barbara Peck

## **ORDER**

The above-captioned action, having been voluntarily noticed for dismissal by Plaintiff, is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

Dated:  February 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT